Report Date: May 16, 2017

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 16, 2017

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Tony Lawrence Gust | Case Number: 0980 2:12CR00091-RMP-1 |
| Address of Offender: ▓▓▓▓▓▓▓▓▓▓ Spokane, Washington 99201 | |

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: December 14, 2012

Original Offense: Forcibly Resisting, Opposing, Impeding, Intimidating, Interfering a Federal Officer While Engaged in Official Duties, 18 U.S.C. § 111(a)(1) and (b)

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 24 months<br>TSR - 36 months | Type of Supervision: Supervised Release | |
| Revocation Sentence<br>February 14, 2017 | Prison - 52 days<br>TSR - 34 months | | |
| Asst. U.S. Attorney: | George J. C. Jacobs, III | Date Supervision Commenced: April 7, 2017 | |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: February 6, 2020 | |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 4**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Mr. Gust violated his conditions of supervised release in Spokane, Washington, by using methamphetamine on or about May 8, 2017. Mr. Gust's conditions of supervised release were reviewed with him on December 15, 2015, and again on May 8, 2017. Mr. Gust signed his conditions acknowledging he is prohibited from using illegal controlled substances. Mr. Gust submitted to a random urinalysis test on May 8, 2017. The urine sample tested presumptive positive for methamphetamine and was sent to Alere Toxicology for further testing. On May 15, 2017, the undersigned officer received the lab report from Alere Toxicology, confirming a positive result for methamphetamine. |

    2      **Special Condition # 4**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

            **Supporting Evidence**: Mr. Gust violated his conditions of supervised release in Spokane, Washington, by using methamphetamine on or about May 16, 2017. Mr. Gust's conditions of supervised release were reviewed with him on December 15, 2015, and again on May 8, 2017. Mr. Gust signed his conditions acknowledging he is prohibited from using illegal controlled substances. Mr. Gust submitted to a random urinalysis test on May 16, 2017. The urine sample tested presumptive positive for methamphetamine and was sent to Alere Toxicology for further testing.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 16, 2017

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

5/16/2017

Date